

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-17-00338-CV

Travis **CROW,** Britt A. Crow, Laurian Crow Edison, and Karen A. Kraft,
Appellant

v.

Heddie Knappick **LOOKADOO,** Lisa Knappick Lucas, Mary Brown, Margaret Brown Nugent, Charles Brown, Joseph Gallagher, Josephine Brown Noll, Pamela Gallagher Palmer, and Irene B. Zoeller,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The appellant's unopposed second motion for extension of time to file brief is hereby GRANTED.  Time is extended to September 13, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk